452 A.2d 33

Commonwealth v. Weichey, Jr., Appellant.

Petition for Allowance of Appeal
Denied Feb. 1, 1983.

Argued June 17, 1982.

Samuel J. Reich, for appellant; David A. Hepting, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Affirmed.